# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM J. GRADFORD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>A. PEREZ, WARDEN, and UNITED STATES,<br><br>　　　　Defendants. | Case No.  1:24-cv-00714-KES-HBK<br><br>ORDER TO SUBMIT ENCLOSED LONG FORM APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN 30 DAYS |

Plaintiff initiated this action by filing a pro se civil rights complaint under 42 U.S.C. § 1983 and *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971) on June 20, 2024.  (Doc. No. 1).  Plaintiff did not accompany the complaint with the $405.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915. *See* docket.

Accordingly, it is **ORDERED**:

1. Within **thirty (30) days** of receipt of this order, Plaintiff shall either: (1) complete the attached application to proceed *in forma pauperis*; or (2) pay the $405.00 filing fee.
2. The Clerk of Court shall enclose a long form IFP application with this Order.
3. If Plaintiff fails to timely comply with this order, or request an extension by showing

1 | good cause, the undersigned will recommend the Court dismiss this case for Plaintiff's
2 | failure to pay the applicable filing fee, comply with a court order and/or prosecute this
3 | action.

Dated: June 21, 2024

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE